**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT TACOMA**

| | |
|---|---|
| **STEPHANIE WILSON,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**CAPITAL MANAGEMENT** )<br>**SERVICES, L.P.,** )<br>)<br>Defendant. ) | Case No. 3:11-cv-05965-RBL<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 6th day of March, 2012.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Filed electronically on this 6th day of March, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 6th day of March, 2012 to:

Mr. Robert E. Sabido
Cosgrave Vergeer Kester LLP
805 SW Broadway
8th Floor
Portland OR 97205
E-Mail: rsabido@cvk-law.com

By: s/Dana Patch
    Dana Patch

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com