1   The Honorable Ronald B. Leighton

6   UNITED STATES DISTRICT COURT

7   WESTERN DISTRICT OF WASHINGTON

8   AT TACOMA

| | |
|---|---|
| 9   STEPHANIE WILSON, | Case No. CV-11-5965 RBL |
| 10           Plaintiff, | |
| 11       v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| 12   CAPITAL MANAGEMENT SERVICES, L.P., | |
| 13           Defendant. | |

16       IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's

17   claims against defendant shall be dismissed with prejudice and without attorney fees or

18   costs to either party.

19       DATED: May 2, 2012

20   WEISBERG & MEYERS LLC         COSGRAVE VERGEER KESTER LLP

22   /s/ Jon N. Robbins             /s/ Robert E. Sabido
     Jon N. Robbins, WSBA No. 28991   Robert E. Sabido, WSBA No. 29170
23   Attorneys for Plaintiff         Attorneys for Defendant

24   / / /

25   / / /

26   / / /

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

SJOD

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1     Based on the parties' stipulation, it is

2     ADJUDGED that all of plaintiff's claims against defendant are dismissed with

3 prejudice and without attorney fees or costs to either party.

4     DATED: May __, 2012

5

6

7                                      Ronald B. Leighton
                                      United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**

SJOD   **COSGRAVE VERGEER KESTER LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

**CERTIFICATE OF SERVICE**

1

2     I hereby certify that on May 2, 2012, I electronically filed the foregoing

3 **STIPULATED JUDGMENT OF DISMISSAL** with the Clerk of the Court using the

4 CM/ECF System which will send notification of such filing to the following:

5 Jon N. Robbins
Weisberg & Meyers LLC
6 3877 N. Deer Lake Road
Loon Lake, WA 99148
7      Of Attorneys for Plaintiff

8     DATED:  May 2, 2012

9

10                                          /s/ Robert E. Sabido
                                            Robert E. Sabido
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 - **CERTIFICATE OF SERVICE**

SJOD

**COSGRAVE VERGEER KESTER LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000