The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.,<br><br>　　　　Defendant. | Case No. CV-11-5965 RBL<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

　　IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

　　DATED: May 2, 2012

WEISBERG & MEYERS LLC                COSGRAVE VERGEER KESTER LLP


/s/ Jon N. Robbins                                      /s/ Robert E. Sabido
Jon N. Robbins, WSBA No. 28991        Robert E. Sabido, WSBA No. 29170
Attorneys for Plaintiff                              Attorneys for Defendant

/ / /

/ / /

/ / /

Page 1 - **STIP AND ORDER OF DISMISSAL**

Wilson Stip of Dismissal SJOD.docx

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: May 3rd 2012

_____
Ronald B. Leighton
United States District Judge

Page 2 - **STIP AND ORDER OF DISMISSAL**

Wilson Stip of Dismissal SJOD.docx

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000